## Commonwealth ex rel. Purnell, Appellant, v. Cavell.

Submitted March 15, 1965. *Earl Purnell,* appellant, in propria persona; *Ted E. Freedman* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.
　　Order affirmed.
　　FLOOD, J., absent.

## Commonwealth ex rel. Richter, Appellant, v. Rundle.

Submitted March 15, 1965. *William Richter,* appellant, in propria persona; *Abner H. Silver* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.
　　Order affirmed.
　　FLOOD, J., absent.